# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN SCHWARZ, | NO. ED CV 10-1728 MMM (FMO) |
| Petitioner, | |
| v. | **ORDER TO SHOW CAUSE** |
| ERWIN MEINBERG, Warden, | |
| Respondent. | |

On November 22, 2010, the court's Notice of Reference to a United States Magistrate Judge, filed on November 8, 2010, was returned to the court undelivered and marked "Return to Sender" and "Not in Custody." Subsequently, on December 16, 2010, the court's Order Requiring Return to Petition for Writ of Habeas Corpus (28 U.S.C. § 2241), filed on November 16, 2010, was returned to the court undelivered and marked "Return to Sender," "Refused," "Unable to Forward" and "Name & # Do Not Match." Pursuant to Local Rule 41-6, petitioner has an obligation to keep the court advised of a current address throughout the duration of his lawsuit. Petitioner is advised that his failure to comply with his continuing obligation to keep the court apprised of a current mailing address and/or his failure to comply with a court order because he did not receive the order, could result in his case being dismissed for failure to obey the orders of this court and/or for want of prosecution. See Local Rule 41-6 ("If mail directed by the Clerk to a *pro se* [petitioner]'s address of record is returned undelivered by the Postal Service, and if, within fifteen

(15) days of the service date, such [petitioner] fails to notify, in writing, the Court and opposing parties of said [petitioner]'s current address, the Court may dismiss the action with or without prejudice for want of prosecution.") (italics in original); (see also Court's Order of November 16, 2010, at ¶ 11) ("Petitioner . . . shall immediately notify the court and respondent's counsel of any change of petitioner's address. If petitioner fails to keep the court informed of a current mailing address where petitioner may be contacted and served with papers, this action may be dismissed without prejudice for failure to prosecute.").

Based on the foregoing, IT IS ORDERED THAT:

1. Petitioner shall file with the court a Notice of Change of Address no later than **January 18, 2011**.

2. **Petitioner's failure to timely comply with this Order, or with his continuing obligation to keep the court apprised of a current mailing address, may result in this case being dismissed for failure to obey the orders of this court and/or for want of prosecution.**

Dated this 4th day of January, 2011.

/s/
Fernando M. Olguin
United States Magistrate Judge