JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BENJAMIN SCHWARZ, | ) | NO. ED CV 10-1728 MMM (FMO) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| ERWIN MEINBERG, Warden, | ) | |
| Respondent. | ) | |

   IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: May 31, 2011

*Margaret M. Morrow*
───────────────────────────
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE